IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WALKER, JR.                                                PLAINTIFF

v.                    NO. 3:19-cv-00223 PSH

ANDREW SAUL, Commissioner of                                       DEFENDANT
the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Michael Walker, Jr.

IT IS SO ORDERED this 13th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE