IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL WALKER, JR.                                                          PLAINTIFF

v.                      NO. 3:19-cv-00223 PSH

ANDREW SAUL, Commissioner of                            DEFENDANT
the Social Security Administration

## ORDER

Plaintiff Michael Walker, Jr., ("Walker") has filed the pending motion for an award of attorney's fees and other expenses under the provisions of the Equal Access to Justice Act. See Docket Entry 16. In the motion, he seeks attorney's fees in the amount of $1,938.75 and expenses in the amount of $20.07, or a total amount of $1,958.82. The Commissioner of the Social Security Administration ("Commissioner") has no objection to Walker's request.

      The Court has reviewed the motion for an award of attorney's fees and expenses and finds nothing unreasonable about the hours of work performed, the hourly rate, or the expenses incurred. The motion is granted, and attorney's fees and expenses in the total amount of $1,958.82

are awarded Walker. Because the award belongs to Walker and not his attorney, <u>see</u> <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Walker, in care of his attorney, Stephanie Bartels Wallace ("Wallace"), and shall mail the check to Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 20th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE